AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Hologic, Inc.

V.

GE Commercial Distribution
Finance Corporation f/k/a
Deutsche Financial Services
Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 12074 GAO**

TO: (Name and address of Defendant)

GE Commercial Distribution Finance Corporation
c/o The Corporation Company, Registered Agent
120 South Central Avenue
Clayton, MO 63105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Balgida, Esq.
Daniel J. Saval, Esq.
Brown Rudnick Berlack & Israels LLP
One Financial Center
Boston, MA 02111

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                           SEP 28 2004
CLERK                                                  DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/4/04 |
| NAME OF SERVER (PRINT) William R. Baldiga | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by mailing certified mail, return receipt requested, addressed to GE Commercial Distribution Finance Corporation, c/o The Corporation Company, Registered Agent, 120 South Central Avenue, Clayton, MO 63105.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 12, 2004
                    Date

*Signature of Server*

Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.