UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-12074 GAO

| | |
|---|---|
| HOLOGIC, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) **NOTICE OF DISMISSAL** |
| GE COMMERCIAL DISTRIBUTION | ) |
| FINANCE CORPORATION | ) |
| F/K/A DEUTSCHE FINANCIAL | ) |
| SERVICES CORPORATION | ) |
| | ) |
| Defendant | ) |
| | ) |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the plaintiff,

Hologic, Inc., hereby voluntarily dismisses the above action without prejudice.

HOLOGIC, INC.
By its attorneys,

William R. Baldiga (BBO #542125)
Daniel J. Saval (BBO #653906)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
617-856-8200

Dated: February 17, 2005

# 1328480 v1 - ENNISCS - 011648/0031