UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-12074 GAO

| | |
|---|---|
| HOLOGIC, INC. )<br>)<br>  Plaintiff )<br>)<br>v. )<br>)<br>GE COMMERCIAL DISTRIBUTION )<br>FINANCE CORPORATION )<br>F/K/A DEUTSCHE FINANCIAL )<br>SERVICES CORPORATION )<br>)<br>  Defendant )<br>) | **CERTIFICATE OF SERVICE** |

I, Carol S. Ennis, hereby certify that I have on this 17th day of February, served a true and accurate copy of the Notice of Dismissal on Charles M. Tatelbaum, Esq., Adorno & Yoss, P.A., 350 E. Las Olas Boulevard, Suite 1700, Fort Lauderdale, FL 33301 by first class mail, postage pre-paid.

/s/ Carol S. Ennis
Carol S. Ennis
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
617-856-8200

Dated: February 17, 2005

# 1330716 v1 - ENNISCS - 011648/0031